IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OVERSEAS CARRIERS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2842 |
| | § | |
| TEAM OCEAN SERVICES-DALLAS, | § | |
| INC., TEAM OCEAN SERVICES, INC., | § | |
| and TEAM WORLDWIDE, INC., | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

On the 2nd day of November, 2012, this case came on for trial by the Court, and having heard and considered the testimony and other evidence received at trial, and all oral and written submissions of the parties, the Court on this day made Findings of Fact and Conclusions of Law that dispose of all issues in the case. Now, therefore, based upon the Findings of Fact and Conclusions of Law separately signed this day, and the Court's prior order dismissing Team Worldwide, Inc., it is

ORDERED and ADJUDGED that Defendant Team Ocean Services, Inc., in accordance with the Contract of Affreightment between Plaintiff and Defendant dated June 5, 2009, and the Federal Arbitration Act, shall forthwith proceed to arbitration with Plaintiff Overseas Carriers, Inc. in Houston, Texas, to resolve the dispute(s) between the parties that has arisen out of and is related to the Contract

of Affreightment.  In the interest of judicial economy, the Court retains jurisdiction to enforce, if necessary, any arbitral award entered in the arbitration.

All other and further relief sought herein by any party and not expressly granted is hereby DENIED.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, *nunc pro tunc* January 4, 2013, on this 16th day of July, 2013.

*[signature]*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE